

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00501-CV

**IN RE** Chris **JIMENEZ**, Brandon Pugel, and Light It Up, LLC d/b/a Light Up South Texas

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                H. Todd McCray, Justice
                Velia J. Meza, Justice

Delivered and Filed: July 29, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

On June 24, 2026, relators Chris Jimenez, Brandon Pugel, and Light It Up, LLC d/b/a Light Up South Texas filed a petition for writ of mandamus. After considering relators' petition and the mandamus record, we conclude relators are not entitled to the relief sought. Accordingly, relators' petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2025-CI-24402, styled *Nathan Duncan d/b/a Light It Up Holiday Lighting Services v. Chris Jimenez, Brandon Pugel, and Light It Up, LLC d/b/a Light Up South Texas*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.